IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

OUR CASE NO: 26-6477-MJ-JMS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:26cr 00065 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| vs. | ) | 18 U.S.C. § 1341 |
| | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1349 |
| **XAVIER GORDON** | ) | 18 U.S.C. § 1956(h) |
| **WARNER ANDRES GORDON** | ) | 18 U.S.C. § 2326 |
| **EVANS CLASS BROWN** | ) | 18 U.S.C. § 981(a)(1)(C) |
| **KEMAR CHRISTOPHER EDWARDS** | ) | 18 U.S.C. § 982(a)(1) |
| **MARCIA MINORA LAWRENCE** | ) | 18 U.S.C. § 2328 |
| **TASHAGAE NARCIA LESLIE** | ) | 28 U.S.C. § 2461(c) |
| **JUSTINE DANIELLE SMITH** | ) | |
| **KEVIN MILTON SIMPSON** | ) | **INDICTMENT** |
| | ) | **(UNDER SEAL)** |

FILED BY AT D.C.
Aug 20, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

RECEIVED
JAN 28 2026
FLORENCE, S.C.

**COUNT 1**
**(Conspiracy to Commit Wire Fraud and Mail Fraud, 18 U.S.C. § 1349)**

**THE GRAND JURY CHARGES:**

1. Beginning from at least 2019 to the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants **XAVIER GORDON, WARNER ANDRES GORDON, EVANS CLASS BROWN, KEMAR CHRISTOPHER EDWARDS, MARCIA MINORA LAWRENCE, TASHAGAE NARCIA LESLIE, JUSTINE DANIELLE SMITH, AND KEVIN MILTON SIMPSON (collectively, "DEFENDANTS")**, and others known and unknown to the Grand Jury, in connection with the conduct of telemarketing, knowingly and willfully and with intent to defraud, combined, conspired, confederated, and agreed together and with other persons, both known and unknown to the Grand Jury, to:

a. Having knowingly executed a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and

promises, and for the purpose of executing the scheme and artifice to defraud did cause to be placed in a Post Office and authorized depository for mail matter, money orders, checks, and money to be sent and delivered by U.S. Postal Service (USPS); and did take and receive money therefrom; and knowingly did cause it to be delivered by mail according to the direction thereon, at places which it was directed to be delivered by the person to whom it was addressed in violation of Title 18, United States Code, Section 1341; and

b. Having knowingly devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire, radio, or television communication in interstate commerce, writings, signals, pictures or sounds for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

SCHEME AND ARTIFICE TO DEFRAUD

2. Beginning from at least 2019, and continuing through the date of this Indictment, in South Carolina and elsewhere, the **DEFENDANTS,** and others both known and unknown to the Grand Jury (hereinafter "co-conspirators"), in connection with telemarketing, knowingly and with intent to defraud did devise and intend to devise a scheme and artifice to fraudulently enrich themselves and obtain money by means of materially false and fraudulent pretenses, representations, and promises by falsely informing more than 100 victims, most of them elderly, that the victims had won large awards of money and then convincing the victims they had to pay fees and taxes in advance to receive their awards.

MANNER AND MEANS OF THE CONSPIRACY

3. The manners and means by which the **DEFENDANTS** and their co-conspirators sought to accomplish the scheme and artifice to defraud includes, but is not limited to the following:

a. The **DEFENDANTS**, residents of South Carolina, Florida, and New York, and their co-conspirators, contacted and/or caused to be contacted, elderly persons in the United States who were falsely informed they had won millions of dollars. The **DEFENDANTS** and their co-conspirators persuaded and caused elderly victims to be persuaded that they needed to pay bogus fees of hundreds to thousands of dollars to collect their purported winnings.

b. The **DEFENDANTS** and their co-conspirators sent and/or caused to be sent communications to elderly victims in the United States that purported to be from a genuine sweepstakes company, from financial institutions such as banks, and from federal agencies. The communications discussed victims' purported cash awards and winnings and were designed to hide the true nature of the conspiracy and to convince victims of the authenticity of purported winnings and fees.

c. The **DEFENDANTS** and their co-conspirators contacted and/or caused elderly victims to be contacted numerous times with requests for bogus fees._The **DEFENDANTS** and their co-conspirators falsely told victims that their winnings depended upon receipt of the bogus fees. In some instances, **DEFENDANTS** and their co-conspirators told victims that their winnings were delayed due to administrative difficulty. The process continued for as long as the victims could be persuaded to send additional money.

d. The **DEFENDANTS** and their co-conspirators contacted and/or caused to be contacted elderly victims who were instructed to send bogus fees to secure winnings. Victims were instructed how and to whom bogus fees were to be sent. Victims mailed and delivered money to the **DEFENDANTS** and their co-conspirators in South Carolina and elsewhere.

e. The **DEFENDANTS** and their co-conspirators thereafter wire transferred and hand delivered money to co-conspirators in Jamaica.

f. The **DEFENDANTS** and their co-conspirators used aliases and variations of names and other aliases to communicate with victims and/or to receive and transfer victims' money.

g. The **DEFENDANTS** and their co-conspirators served as "middlemen" to receive victims' money, to deposit victims' money in bank accounts, and to transfer money to co-conspirators using wire transfer services, bank accounts and other means.

h. **DEFENDANTS** and their co-conspirators kept a portion of the victims' money for their own benefit.

i. The **DEFENDANTS** and their co-conspirators victimized at least 10 persons over the age of 55.

All in violation of Title 18, United States Code, Sections 1349 and 2326.

**COUNT 2**
**(Mail Fraud, 18 U.S.C. § 1341)**

**THE GRAND JURY FURTHER CHARGES:**

4. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein for reference as setting forth a scheme and artifice to defraud.

5. On or about July 7, 2022, in the District of South Carolina and elsewhere, **JUSTINE DANIELLE SMITH**, together with and aided and abetted by **XAVIER GORDON** and others known and unknown to the grand jury, having devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did for the purpose of executing such scheme and artifice, cause a thing to be mailed by Federal Express, in that **JUSTINE DANIELLE SMITH**, together with and aided and abetted by **XAVIER GORDON**, did cause a package to be sent from Marshfield, Wisconsin to **JUSTINE DANIELLE SMITH** in Ladson, South Carolina, that is, a check for $1,000, for the stated purpose of facilitating a lottery payout, and this money was diverted to **JUSTINE DANIELLE SMITH** and **XAVIER GORDON** for their own personal enrichment;

All in violation of Title 18, United States Code, Sections 1341, 2326 and 2.

**COUNT 3**
**(Mail Fraud, 18 U.S.C. § 1341)**

**THE GRAND JURY FURTHER CHARGES:**

6. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein for reference as setting forth a scheme and artifice to defraud.

7. On or about January 27, 2024, in the District of South Carolina and elsewhere, **WARNER ANDRES GORDON**, having devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did for the purpose of executing such scheme and artifice, cause a thing to be mailed by Federal Express, in that **WARNER ANDRES GORDON**, did cause a package to be sent from Markham, Illinois to Charleston, South Carolina, that is, a check for

$6,000, for the stated purpose of facilitating a lottery payout, and this money was diverted to **WARNER ANDRES GORDON** for his own personal enrichment;

All in violation of Title 18, United States Code, Sections 1341 and 2326.

**COUNT 4**
**(Mail Fraud, 18 U.S.C. § 1341)**

**THE GRAND JURY FURTHER CHARGES:**

8. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein for reference as setting forth a scheme and artifice to defraud.

9. On or about May 9, 2024, in the District of South Carolina and elsewhere, **JUSTINE DANIELLE SMITH**, together with and aided and abetted by **XAVIER GORDON**, having devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did for the purpose of executing such scheme and artifice, cause a thing to be mailed by the United States Postal Service, in that **JUSTINE DANIELLE SMITH**, together with and aided and abetted by **XAVIER GORDON**, did cause a parcel to be sent from Rivers, Michigan to Ladson, South Carolina, that is, money orders totaling $5,000, for the stated purpose of facilitating a lottery payout, and this money was diverted to **JUSTINE DANIELLE SMITH** and **XAVIER GORDON** for their own personal enrichment;

All in violation of Title 18, United States Code, Sections 1341, 2326 and 2.

**COUNT 5**
**(Wire Fraud, 18 U.S.C. § 1343)**

**THE GRAND JURY FURTHER CHARGES:**

10. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein by reference as setting forth a scheme and artifice to defraud.

11. On or about September 16, 2022, in the District of South Carolina and elsewhere, **MARCIA MINORA LAWRENCE**, having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire in interstate commerce, writings, signs, and signals, for the purpose of executing such a scheme and artifices, in that she caused R.S. to initiate a $25,000 wire transfer to a TD Bank account belonging to **MARCIA MINOR LAWRENCE**;

All in violation of Title 18, United Stats Code, Sections 1343 and 2326.

**COUNT 6**
**(Wire Fraud, 18 U.S.C. § 1343)**

**THE GRAND JURY FURTHER CHARGES:**

12. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein by reference as setting forth a scheme and artifice to defraud.

13. On or about September 16, 2022, in the District of South Carolina and elsewhere, **WARNER ANDRES GORDON**, having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire in interstate commerce, writings, signs, and signals, for the purpose of executing such a scheme and artifices, in that he caused R.S. to

initiate a $32,500 wire transfer to a Citizens Bank account belonging to **WARNER ANDRES GORDON**;

All in violation of Title 18, United Stats Code, Sections 1343 and 2326.

**COUNT 7**
**(Wire Fraud, 18 U.S.C. § 1343)**

**THE GRAND JURY FURTHER CHARGES:**

14. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein by reference as setting forth a scheme and artifice to defraud.

15. On or about September December 29, 2022, in the District of South Carolina and elsewhere, **XAVIER GORDON**, having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire in interstate commerce, writings, signs, and signals, for the purpose of executing such a scheme and artifices, in that he caused R.S. to initiate a $23,400 wire transfer to a Citizens Bank account belonging to **XAVIER GORDON**;

All in violation of Title 18, United Stats Code, Sections 1343 and 2326.

**COUNT 8**
**(Wire Fraud, 18 U.S.C. § 1343)**

**THE GRAND JURY FURTHER CHARGES:**

16. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein by reference as setting forth a scheme and artifice to defraud.

17. On or about January 20, 2023, in the District of South Carolina and elsewhere, **EVANS CLASS BROWN**, having devised a scheme and artifice to defraud and to obtain money

and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire in interstate commerce, writings, signs, and signals, for the purpose of executing such a scheme and artifices, in that he caused R.S. to initiate a $34,000 wire transfer to a Truist Company Bank account belonging to **EVANS CLASS BROWN**;

All in violation of Title 18, United Stats Code, Sections 1343 and 2326.

**COUNT 9**
**(Wire Fraud, 18 U.S.C. § 1343)**

**THE GRAND JURY FURTHER CHARGES:**

18. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein by reference as setting forth a scheme and artifice to defraud.

19. On or about July 13 2023, in the District of South Carolina and elsewhere, **WARNER ANDRES GORDON**, having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire in interstate commerce, writings, signs, and signals, for the purpose of executing such a scheme and artifices, in that he caused L.T. to initiate a $2,400 wire transfer to a Woodforest Bank account belonging to **WARNER ANDRES GORDON;**

All in violation of Title 18, United Stats Code, Sections 1343 and 2326.

**COUNT 10**
**(Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h))**

**THE GRAND JURY FURTHER CHARGES:**

20. Paragraphs 1 through 3 of Count 1 of this Indictment are incorporated herein for reference as setting forth a scheme and artifice to defraud.

21. Beginning from at least 2019, and continuing up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants **XAVIER GORDON, WARNER ANDRES GORDON, EVANS CLASS BROWN, KEMAR CHRISTOPHER EDWARDS, MARCIA MINORA LAWRENCE, TASHAGAE NARCIA LESLIE, JUSTINE DANIELLE SMITH, AND KEVIN MILTON SIMPSON (collectively, "DEFENDANTS")**, and others both known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree together and have a tacit understanding with each other and various other persons, both known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of a specified unlawful activity, that is, the conspiracy, mail fraud, and wire fraud offenses described in Counts 1 through 9, knowing that the property involved in the financial transactions represents the proceeds of some form of unlawful activity, and further knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, location, the source, the ownership, and the control of the property, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE

FRAUD/CONSPIRACY:

Upon conviction for violation of Title 18, United States Code, Sections 1341, 1343, 1349, and 2326, as charged in this Indictment, the Defendants, **XAVIER GORDON, WARNER ANDRES GORDON, EVANS CLASS BROWN, KEMAR CHRISTOPHER EDWARDS, MARCIA MINORA LAWRENCE, TASHAGAE NARCIA LESLIE, JUSTINE DANIELLE SMITH, AND KEVIN MILTON SIMPSON**, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained directly or indirectly as a result of such offenses, and any equipment, software, or technology used to commit or facilitate the commission of violation of 18 U.S.C. § 2326.

MONEY LAUNDERING:

Upon conviction for violation of Title 18, United States Code, Section 1956, as charged in this Indictment, the Defendants, **XAVIER GORDON, WARNER ANDRES GORDON, EVANS CLASS BROWN, KEMAR CHRISTOPHER EDWARDS, MARCIA MINORA LAWRENCE, TASHAGAE NARCIA LESLIE, JUSTINE DANIELLE SMITH, AND KEVIN MILTON SIMPSON**, shall forfeit to the United States any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, as charged in the Indictment, or any property traceable to the offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 2328, and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

A. Proceeds/Forfeiture Judgment:
A sum of money equal to all proceeds the Defendants obtained directly or indirectly as the result of the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violation of Title 18.

B. Money Laundering/Forfeiture Judgment:
A sum of money equal to all property involved in the money laundering offense charged in the Indictment, and all interest and proceeds traceable thereto, for which the Defendants are liable as the result of their violation of 18 U.S.C. § 1956.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendants up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 2328, and Title 28, United States Code, Section 2461(c).

A True BILL

[redacted]

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: ______________________________
Whit Sowards (Fed ID 11844)
Assistant United States Attorneys
151 Meeting Street, Ste. 200
Charleston, South Carolina 29401
Tel.: 843-727-4381
Fax: 843-727-4443
Email: John.Sowards@usdoj.gov