**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
Plaintiff
vs

Case No: **26-6477-MJ-STRAUSS**

EVANS CLASS BROWN
Defendant

**ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a **SEALED INDICTMENT** filed in the **District of South Carolina**.

UPON ORAL motion of the government in open court that the **SEALED INDICTMENT** be unsealed as to this defendant, it is hereby ORDERED AND ADJUDGED that the **Sealed Indictment be Unsealed** as to ALL DEFENDANT (s) in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of AUGUST, 2026.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record